UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 1–96–15462–CLB |
| Churchill Technology Inc. | Chapter: 7 |
| Debtor(s) | Tax ID: 84–0904172 |

Brian J. Dilks for Craig Fischer
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

 Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- The Authority to Act or Limited Power of Attorney, in the acknowledgement section was in complete. This section is missing the day, month and year in which your client appeared before her. Please submit an original notarized Authority to Act or Limited Power of Attorney to the Court.

 If you have any further questions, please call the Court at 716–362–3200.

| | |
|---|---|
| Date: December 8, 2015 | Lisa Bertino Beaser |
| | Clerk of Court |

Enclosures

Form dfyuncla/Doc 432
www.nywb.uscourts.gov