UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 1−96−15462−CLB |
| Churchill Technology Inc. | Chapter: 7 |
| | Tax ID: 84−0904172 |
| Debtor(s) | |

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

   Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- Your request to release unclaimed funds to the creditor Corestone does not contain an affidavit from Corestone authorizing Albert Hawk, Managing Partner to collect funds on behalf of Corestone Corporation. Please submit documentation from the creditor or claimant indicating or giving authorization for Albert Hawk to collect unclaimed funds on behalf of Corestone Corporation.

   If you have any further questions, please call the Court at 716−362−3200.

| | |
|---|---|
| Date: December 15, 2015 | Lisa Bertino Beaser |
| | Clerk of Court |

Enclosures

Form dfyuncla/Doc 446
www.nywb.uscourts.gov