United States Bankruptcy Court
Western District of New York

In re:  
Churchill Technology Inc.  
    Debtor

Case No. 96-15462-CLB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0209-1    User: bibbs    Page 1 of 1    Date Rcvd: Aug 18, 2016  
                   Form ID: pdfattch    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.  
db          +Churchill Technology Inc.,    P.O. Box 764,    Lewiston, NY 14092-0764  
           Gamal Marwan,    2041 N. Bay Rd,    Miami Beach, FL 33140-4564  
4689706      +Ashraf Marwan (Dr.),    Jaeckle, Fleischmann & Mugel,    700 Fleet Bank Bldg.,  
           12 Fountain Plaza,    Buffalo, NY 14202-2222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
           +E-mail/Text: cmecf@dilksknopik.com Aug 18 2016 18:33:54    Brian J. Dilks, Managing Member,  
           Dilks & Knopik, LLC,    35308 SE Center St,    Snoqualmie, WA 98065-9216  
                                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr*         +Ashraf Marwan, Dr.,    Jaeckle, Fleischmann & Mugel,    700 Fleet Bank Bldg.,    12 Fountain Plaza,  
          Buffalo, NY 14202-2222  
                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:  
         David R. Addelman     on behalf of Debtor    Churchill Technology Inc. da@amlawonline.com,  
          ba@addelmanlaw.com  
         David R. Addelman     on behalf of Special Counsel David R. Addelman da@addelmanlaw.com,  
          ba@addelmanlaw.com  
         David R. Addelman     on behalf of Plaintiff    Churchill Technology Inc. da@amlawonline.com,  
          ba@addelmanlaw.com  
         John H. Heyer     jhh@heyerlaw.com, NY14@ecfcbis.com;marybea4@yahoo.com;jheyer@ecf.epiqsystems.com  
         Joseph W. Allen, 11     USTPRegion02.bu.ecf@usdoj.gov, Joseph.W.Allen@usdoj.gov  
         Robert J. Feldman     on behalf of Defendant Wendy A. Cribari rfeldman@gross-shuman.com,  
          lspula@gross-shuman.com;mmagaris@gross-shuman.com  
         Thomas A. Dorey     on behalf of Trustee Thomas A. Dorey tdorey@stny.rr.com,  
          tdorey@ecf.epiqsystems.com  
         Thomas A. Dorey     tdorey@stny.rr.com, tdorey@ecf.epiqsystems.com  
         William E. Lawson     on behalf of Defendant    Novon International, Inc. lawson@aarondautch.com,  
          info@aarondautch.com  
                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

IN RE: §
    Churchill Technology Inc. § CASE NO. 96-15462-B
§
DEBTOR. §

## AFFIDAVIT REGARDING THE RECOVERY OF UNCLAIMED FUNDS

    COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for The Estate of Ashraf Marwan, claimant, hereby petitions the Court for $49,142.36, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Ashraf Marwan (Dr.), creditor. A dividend check in the amount totaling $49,142.36 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

    The creditor did not receive the dividend check in the above case for the following reason: Dividends were not collected by the creditor Ashraf Marwan (Dr.). Ashraf Marwan died on June 27, 2007, as evidenced by Exhibit A. At the time of his death, Ashraf Marwan was married to Mona Gamal Abdel Nasser and had two children, Gamal Marwan and Ahmed Marwan, as evidenced b Exhibit A and B. Mona Gamal Abdel Nasser has given authority to, her son, Gamal Marwan, as evidenced by Exhibit C. Ahmed Marwan has given authority to, his brother, Gamal Marwan, as evidenced by Exhibit D.

    The creditor's current mailing address, phone and social security/tax identification number are:
        Estate of Ashraf Marwan (Dr.) a/k/a Mohamed Ashraf Abou El-Wafa Marwan
        Gamal Marwan Authorized Representative and Beneficiary
        2041 N. Bay Rd
        Miami Beach, FL 33140-4564
        305.505.7659
        Last Four Digits of SSN/TIN:

    Claimant now seeks to recover the funds from the Court's Registry. **Dilks & Knopik, LLC is not an attorney firm but has been granted Limited Power of Attorney from The Estate of Ashraf Marwan to collect the unclaimed funds, as evidenced by the attached Limited Power of Attorney.** Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $49,142.36 made payable to The Estate of Ashraf Marwan c/o Dilks & Knopik, LLC be issued from the Court's Registry.

    I declare under the penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Dated: August 12, 2016    Respectfully Submitted: _____
                                                       Brian J. Dilks, Managing Member
                                                       Dilks & Knopik, LLC, Attorney in Fact for
                                                       The Estate of Ashraf Marwan
                                                       35308 SE Center St
                                                       Snoqualmie, WA 98065
                                                       (425) 836-5728



FILED
AUG 15 2016
BANKRUPTCY COURT
BUFFALO, NY

On 8/12/16 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.



Andrew T. Drake, Notary Public
for the State of Washington, County of King - My Commission Expires: **September 9, 2019**

[Seal]



# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks of Dilks & Knopik, LLC</u>, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief:

 I have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe that The Estate of Ashraf Marwan is legally entitled to the unclaimed funds referenced in this application. To the best of my knowledge and belief, I am familiar with State of New York requirements for acting in the capacity as a personal representative (or Attorney-in-fact).

Dated August 12, 2016

            _____
            Brian J. Dilks
            Dilks & Knopik, LLC
            Attorney in Fact for The Estate of Ashraf Marwan

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

IN RE: § 
 § CASE NO. 96-15462-B
    Churchill Technology Inc. §
 §
DEBTOR. §
 §

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Partner of Dilks & Knopik, LLC, the undersigned, do declare that on August 12, 2016, I served the within Motion for the Recovery of Unclaimed Funds to the US Attorney, listed below.

I further declare that I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney
138 Delaware Avenue
Buffalo, NY 14202

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 12, 2016    Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
The Estate of Ashraf Marwan
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

On 8/12/16 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: September 9, 2019

IN THE U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| Debtor:<br><br>Churchill Technology Inc. | NO: 96-15462-B<br><br>DECLARATION OF BRIAN J DILKS in SUPPORT OF THE APPLICATION FOR UNCLAIMED FUNDS |
|---|---|

## DECLARATION

The undersigned hereby declares under penalty of perjury under the laws of the United States that the following is true and correct to the best of the undersigned's knowledge:

1. I am at least 18 years of age and competent to make this declaration in support of the application for unclaimed funds made to this court on behalf of The Estate of Ashraf Marwan;

2. I have personal knowledge of the present application for unclaimed funds and attested to;

3. I am employed by Dilks and Knopik, LLC as its Managing Member and President in charge of Unclaimed Funds;

4. Dilks & Knopik, LLC is a Washington Limited Liability Company, and is one of the country's leading companies helping individuals and entities recover unclaimed property;

5. Dilks and Knopik, LLC has been in business since 2002, and has an A+ rating with the Better Business Bureau;

6. Dilks and Knopik, LLC strives to ensure the accuracy of fund ownership, and is insured against errors or omissions in the recovery process;

7. Before submitting any application Dilks and Knopik, LLC makes all reasonable efforts to ensure that our client is the person or entity to whom the unclaimed property is owed;

8. Our practice is to distribute our client's share of any proceeds to the client within 5 business day(s) after they are received from the Court Clerk;

9. For our services, we charge a nominal percentage of the total value of the unclaimed property in accordance and compliance with jurisdictional requirements;

10. Based on information and belief, all supporting documentation submitted with the application are true and correct copies of the original.

Signed at Snoqualmie, Washington this <u>12th</u> day of <u>August</u>, 20<u>16</u>

Dilks & Knopik, LLC

_____
Brian J Dilks
President – Managing Member

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

RE: Churchill Technology Inc.   )   Case: 96-15462-B
                                )
                                )   AUTHORITY TO ACT
                                )   Limited Power of Attorney
         Debtor(s)              )   LIMITED TO ONE TRANSACTION

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. Gamal Marwan for the estate of Ashraf Marwan (Dr.) a/k/a Mohamed Ashraf Abou El-Wafa Marwan ("CLIENT"), appoints Dilks & Knopik, LLC ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $19,142.36 (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____          8/10_____, 20 16
   Gamal Marwan                    Date

Tax ID: XXX-XX-

### ACKNOWLEDGMENT

STATE OF Florida  )        COUNTY OF Miami Dade

On this 10th day of August, 2016, before me, the undersigned Notary Public in and for the said County and State, personally appeared Gamal Marwan known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at Miami Beach Fl

My Commission expires 03-06-2020

RAUL CHAVARRIA
MY COMMISSION # FF 962231
EXPIRES: March 6, 2020
Bonded Thru Budget Notary Services

In the name of Allah AlRahman The Merciful

Arab Republic of Egypt
Ministry of Justice
Heliopolis Court of Personal Status
For Legal Administration

### Publicity of Testament

On this Sunday 29th July 2007,
Upon the request submitted by Mrs. Mona Gamal Abdel Nasser registered under no.1166/2007 Heliopolis inheritances, requesting the ascertainment of the death and the determination of the heirs of the person hereinafter mentioned and after taking the legal procedures:

### The court

It has confirmed to me, Nabeeh Badr, court president that the late Mr. Mohamed Ashraf Abou El-Wafa Marwan died on June 27th, 2007 and that his lawful inheritance shall go to his lawful heirs who are:
His wife Mrs. Mona Gamal Abdel Nasser who shall receive eighth(1/8) of his estate as lawful right in compliance with Muslim's law and his adult sons Gamal and Ahmed sons of Ashraf Abou El-Wafa Marwan who shall receive the rest of his estate equally between them as lawful right in compliance with Muslim's law.

With no other partner nor any heir other than those hereinabove named, no other one being lawfully entitled thereto. Consequently, this record was made and to which I set my hands.

This copy is drawn up and submitted to the requester under no. 2851copies on July 29th, 2007 after paying the due fees 4.50 piaster with receipt no.827503.

Translation: Walaa Mahmoud Anjar
Edited on: 30/7/2007

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

RE:	)	Case: 96-15462-B
	)
Churchill Technology Inc.	)
	)	**STATEMENT OF AUTHORITY**
	)
_____Debtor(s)_____	)

The undersigned being first duly sworn, states that my Husband, Ashraf Marwan (Dr.) a/k/a Mohamed Ashraf Abou El-Wafa Marwan who passed away on June 27, 2007 was a creditor of the above captioned case. I authorize my Son Gamal Marwan to execute and deliver all documents pertaining to the recovery of Unclaimed, Lost or Abandoned Property originally owing to Ashraf Marwan (Dr.). Gamal Marwan is further authorized to execute claim documents on behalf of myself, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on my behalf. I further acknowledge that an Application for Unclaimed Funds will be or has been submitted c/o Dilks & Knopik, LLC to the above bankruptcy court to release funds owing to Ashraf Marwan (Dr.).

By: _____[signature]_____  Dated 8/2/2016

Print Name: Mona Gamal Abdel Nasser

Address: Arabella Park, Villa 33 Fifth District, New Cairo

STATE OF New York, COUNTY OF Westchester

On August 2, 2016 before me, personally appeared Mona Gamal Abdel Nasser personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____[signature]_____
Notary Public

(SEAL)
**AMINE OULD IBBAT**
Notary Public, State of New York
No. 01OU6121096
Qualified in Westchester County
Commission Expires January 10, 2017

My commission expires on 01/10/2017

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

RE: ) Case: 96-15462-B
)
Churchill Technology Inc. ) STATEMENT OF AUTHORITY
)
Debtor(s) )

The undersigned being first duly sworn, states that my Father Ashraf Marwan (Dr.) a/k/a Mohamed Ashraf Abou El-Wafa Marwa who passed away on June 27, 2007 was a creditor of the above captioned case. I authorize my Brother Gamal Marwan to execute and deliver all documents pertaining to the recovery of Unclaimed, Lost or Abandoned Property originally owing to Ashraf Marwan (Dr.). Gamal Marwan is further authorized to execute claim documents on behalf of myself, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on my behalf. I further acknowledge that an Application for Unclaimed Funds will be or has been submitted c/o Dilks & Knopik, LLC to the above bankruptcy court to release funds owing to Ashraf Marwan (Dr.).

By: [signature]    Dated 2-AUG-2016

Print Name: Ahmed Marwan

Address: 48 El Thawra St. Mohandessin, Giza 12311

STATE OF New York, COUNTY OF Westchester

On August 2nd 2016 before me, personally appeared Ahmed Marwan personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Notary Public [signature]

(SEAL)
AMINE OULD IBBAT
Notary Public, State of New York
No. 01OU6121096
Qualified in Westchester County
Commission Expires January 10, 2017

My commission expires on 01/10/2017

**Exhibit D**